In the Matter of the Transfer Tax upon the Estate of LAURA N. RICHARDS, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; NELSON S. SPENCER, as Executor, Respondent.

*Matter of Richards,* 182 App. Div. 572, affirmed.

(Argued January 7, 1919; decided January 21, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial

department, entered April 5, 1918, which *unanimously* affirmed an order of the New York County Surrogate's Court adjudging that no transfer tax should be assessed upon the estate of Laura N. Richards, deceased, who died on January 5, 1917, a resident of the state of California, owning four bonds of domestic ." real estate " corporations, each secured by mortgage upon specific real estate owned by each corporation respectively. One of these bonds was within the state of New York. The others were in California. The appraiser included these four bonds in his report as taxable, and a taxing order was entered accordingly. From that order the executor appealed to the surrogate upon the ground that the said appraisal and the said order erroneously and contrary to the law include as property subject to taxation under the Transfer Tax Law bonds owned by the testatrix and in her possession without the state of New York; and that said order erroneously and contrary to law assesses a tax thereon. The surrogate reversed the taxing order and adjudged that the transfer of the property of the decedent was exempt from tax.

*John B. Gleason* and *Lafayette B. Gleason* for appellant.

*Nelson S. Spencer* and *Otto C. Wierum, Jr.*, for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, McLAUGHLIN and ANDREWS, JJ. Dissenting: CHASE, J. Dissents as to bond for $700: POUND, J.